PUBLISH

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOV - 8 2000
THOMAS K. KAHN
CLERK

No. 99-2426

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

STEVEN LAWRENCE RILEY,

Defendant-Appellant.

Appeal from the United States District Court
for the Middle District of Florida

**(November 8, 2000)**

B Y   T H E   C O U R T:

Before TJOFLAT, COX and BARKETT, Circuit Judges.

We sua sponte grant rehearing in this appeal. Our opinion is published

at 211 F.3d 1209 (11th Cir. 2000).

After we filed our opinion in this appeal, but before the mandate issued, the

Supreme Court decided *Castillo v. United States*, 120 S. Ct. 2090 (2000), which casts

doubt on the correctness of our ruling rejecting Riley's challenge to the enhanced penalty the district court imposed on him under 18 U.S.C. § 924(c)(1). We accordingly vacate the portion of our prior opinion addressing the § 924(c) sentencing issue and direct the clerk to schedule the appeal for oral argument on that issue before a regular oral-argument panel.

REHEARING GRANTED; OPINION VACATED IN PART; ORAL ARGUMENT GRANTED IN PART.